UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 16-CR-10096-PBS-16 |
| ) | |
| DENZEL CHISHOLM, ET AL., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT BROWNING MEJIA'S MOTION
TO CONTINUE SENTENCING HEARING (ASSENTED TO)**

Defendant Browning Mejia moves that this Court continue his sentencing hearing, currently scheduled for September 14, 2017, at 2:30 p.m. (ECF No. 527), to a date during the week of October 16, 2017, or at such later time that is convenient with the Court's schedule. As grounds for the motion, Mejia states that his counsel are unavailable on September 14. Mr. Connolly's first child is due on September 2, and he will be on paternity leave. He has played an active role in the case, including drafting pleadings, attending client meetings, and participating in negotiations with the government. Mr. Connolly will also be responsible for drafting the sentencing memorandum submitted on Mejia's behalf. In addition, Mr. Kotlier has a professional conflict on September 14, an NACDL conference that he would like to attend in Washington, D.C. Mejia requests that the hearing be rescheduled until the week of October 16 or later to permit Mr. Connolly to return from leave and prepare for the hearing.

The government assents to this continuance.

BROWNING MEJIA

By his attorneys

/s/Matthew J. Connolly
Jonathan L. Kotlier (BBO# 545491)
jkotlier@nutter.com
Matthew J. Connolly (BBO# 676954)
mconnolly@nutter.com
Nutter, McClennen & Fish, LLP
Seaport West, 155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone:   (617) 439-2000
Facsimile:   (617) 310-9000

Dated:  August 7, 2017

**CERTIFICATE OF SERVICE**

I certify that, on August 7, 2017, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Matthew J. Connolly

3647467