UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Case No. 16-CR-10096-PBS-16
)
DENZEL CHISHOLM, ET AL., )
)
Defendants. )

*Reset to 10/19/17 at 3pm*

*Consultations / Paul & Sons*

*8/8/17 allowed,*

## DEFENDANT BROWNING MEJIA'S MOTION
## TO CONTINUE SENTENCING HEARING (ASSENTED TO)

Defendant Browning Mejia moves that this Court continue his sentencing hearing, currently scheduled for September 14, 2017, at 2:30 p.m. (ECF No. 527), to a date during the week of October 16, 2017, or at such later time that is convenient with the Court's schedule. As grounds for the motion, Mejia states that his counsel are unavailable on September 14. Mr. Connolly's first child is due on September 2, and he will be on paternity leave. He has played an active role in the case, including drafting pleadings, attending client meetings, and participating in negotiations with the government. Mr. Connolly will also be responsible for drafting the sentencing memorandum submitted on Mejia's behalf. In addition, Mr. Kotlier has a professional conflict on September 14, an NACDL conference that he would like to attend in Washington, D.C. Mejia requests that the hearing be rescheduled until the week of October 16 or later to permit Mr. Connolly to return from leave and prepare for the hearing.

The government assents to this continuance.